**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of Delaware
                          (State)

Case number (*If known*): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  02/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   Aura Equity Holdings LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   84 – 3788910

4. **Debtor's address**

   **Principal place of business**

   See Attachment A
   Number    Street

   _____
   City              State    ZIP Code

   _____
   County

   **Mailing address, if different from principal place of business**

   See Attachment A
   Number    Street

   _____
   P.O. Box

   _____
   City              State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   See Attachment A
   Number    Street

   _____
   City              State    ZIP Code

5. **Debtor's website** (URL)  https://myaura.com

---

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

| Debtor | Aura Equity Holdings LLC | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

5  2  2  2

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                         MM / DD / YYYY
            District _____  When _____  Case number _____
                                         MM / DD / YYYY

Debtor __Aura Equity Holdings LLC_____    Case number (*if known*)_____
       <sub>Name</sub>

| | | |
|---|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☒ Yes.  Debtor __See Attachment A___<br>           District __Delaware_____<br>           Case number, if known __Pending__ | Relationship __Affiliate____<br>When __Date hereof___<br>     MM / DD / YYYY |

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                 Number     Street
    _____
    _____    _____ _____
    City                          State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.  Insurance agency _____
           Contact name _____
           Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49       ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99      ☐ 5,001-10,000      ☐ 50,001-100,000
☐ 100-199    ☐ 10,001-25,000    ☐ More than 100,000
☐ 200-999

Debtor  **Aura Equity Holdings LLC**                              Case number (*if known*)_____
        Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☒ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **01/09/2021**
              MM / DD / YYYY

✘ **/s/ Daniel Sanford**                                    **Daniel Sanford**
Signature of authorized representative of debtor            Printed name

Title  **Authorized Signatory**

**18. Signature of attorney**

✘ **/s/ David M. Klauder**                     Date  **01/09/2021**
Signature of attorney for debtor                     MM / DD / YYYY

**David M. Klauder**
Printed name

**Bielli & Klauder, LLC**
Firm name

**1204**        **N. King St.**
Number          Street

**Wilmington**                                 **DE**       **19801**
City                                           State        ZIP Code

**302-803-4600**                               **dklauder@bk-legal.com**
Contact phone                                  Email address

**5769**                                       **DE**
Bar number                                     State

## ATTACHMENT A TO VOLUNTARY PETITION

1. **Pending Bankruptcy Cases Filed by Affiliates of the Debtor**

Concurrently herewith, each of the affiliated entities listed below, including the Debtor filing this petition (collectively, the "**Debtors**"), filed a petition in this Court for relief under chapter 7 of title 11 of the United States Code.

| Company | Tax ID# |
|---|---|
| Aura Financial Corporation, a Delaware corporation | 45-4652644 |
| Aura Equity Holdings LLC, a Delaware limited liability company | 84-3788910 |
| Insikt Acquisition LLC, a Delaware limited liability company | 90-0953024 |
| Insikt Servicing LLC, a Delaware limited liability company | 90-0954053 |

2. **Principal Place of Business of the Debtors**

On or about September 15, 2020, Aura Financial Corporation surrendered possession of its headquarters premises to the landlord. Since at least that time, the Debtors' employees have been working remotely.

The former headquarters was located at 303 Second Street, Suite 550, San Francisco, California 94107.

3. **Location of the Debtors' Principal Assets (on a Consolidated Basis)**

Prior to the filing of these chapter 7 cases, the Debtors provided affordable, credit-building loans to working families primarily located in California, Illinois, Texas and Arizona.

The Debtors' principal bank accounts are located in California.

The Debtors no longer have a physical headquarters, and employees work from home in various locations primarily in California. The Debtors' principal fixed assets include their computers.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re Aura Financial Corporation,<br><br>                             Debtor. | Chapter 7<br><br>Case No. _-_____ (__) |
| In re Aura Equity Holdings LLC,<br><br>                             Debtor. | Chapter 7<br><br>Case No. _-_____ (__) |
| In re Insikt Acquisition LLC,<br><br>                             Debtor. | Chapter 7<br><br>Case No. _-_____ (__) |
| In re Insikt Servicing LLC,<br><br>                             Debtor. | Chapter 7<br><br>Case No. _-_____ (__) |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT
PURSUANT TO FED. R. BANK. P. 1007(a)(1) and 7007.1**

      Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Aura Financial Corporation ("AFC") and its affiliated debtors and debtors in possession (collectively, the "Debtors" and each, a "Debtor") in the above-captioned chapter 7 cases hereby state as follows:

1. The following entities own 10% or more of the specified class of equity of AFC:

    Voting Common Stock:[1] Gutierrez Family Holdings II, LLC.

    Nonvoting Common Stock: No entity directly or indirectly owns 10% or more of the nonvoting common stock of AFC.

    Series A Preferred Stock: FirstMark Capital II, L.P. and Serengeti Opportunities Fund MM LP.

    Series B Preferred Stock: FirstMark Capital II, L.P. and Revolution Ventures II, LP.

---

[1] Includes options to purchase voting common stock and warrants to purchase common stock on a fully diluted basis.

2

        <u>Series B-1 Preferred Stock (Non-Voting)</u>: Propel Venture Partners Global, S.L.

        <u>Series C Preferred Stock</u>: FirstMark Capital II, L.P., Revolution Ventures II, L.P. and Rakuten Capital S.C. sp (Luxembourg).

        <u>Series Seed Preferred Stock</u>: Insikt Ventures LLC.

        <u>Series D Preferred Stock</u>: Coppel Capital S.A. de C.V.

    2. AFC directly owns 100% of the equity interests in Aura Equity Holdings LLC, Insikt Acquisition LLC and Aura Financial LLC, a non-debtor, and indirectly owns 100% of the equity interests in Insikt Servicing LLC.

    3. Aura Financial LLC directly owns 100% of the equity interests in Insikt Servicing LLC.

**Fill in this information to identify the case and this filing:**

Debtor Name __Aura Equity Holdings LLC_____

United States Bankruptcy Court for the: _____  District of __Delaware____
(State)

Case number (*If known*): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration __Corporate Ownership Statement_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __01/09/2021__          ✘ __/s/ Daniel Sanford_____
MM / DD / YYYY                        Signature of individual signing on behalf of debtor

                                      __Daniel Sanford_____
                                      Printed name

                                      __VP, Finance_____
                                      Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

WRITTEN CONSENT
OF THE
SOLE MEMBER
OF
AURA EQUITY HOLDINGS LLC

January 8, 2021

The undersigned, being the sole member (the "Member") of Aura Equity Holdings LLC, a Delaware limited liability company (the "Company"), hereby votes for, adopts, approves and consents to the following resolutions by written consent without a meeting pursuant to § 18-302(d) of the Delaware Limited Liability Company Act:

**WHEREAS**, the Member has considered the financial and operational condition of the Company and the Company's business on the date hereof, the assets of the Company, the current and long-term liabilities of the Company, the advice of management, and the recommendations of the Company's legal advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, the Member has determined that it is in the best interests of the Company and the Company's stakeholders, creditors, and other interested parties to commence a case under chapter 7 the Bankruptcy Code.

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that, in the judgment of the Member, it is desirable and in the best interests of the Company, the creditors of the Company, and other interested parties that a voluntary petition (the "Petition") be filed by the Company under the provisions of chapter 7 of the Bankruptcy Code; and it is further

**RESOLVED**, that Daniel Sanford ("Sanford"), as Vice President, Finance of the Company and any other officer of the Company (each, including Sanford, an "Authorized Officer," and collectively, the "Authorized Officers") be, and each hereby is, authorized, directed, and empowered (i) to execute and verify the Petition and all documents ancillary thereto, and to cause the Petition to be filed with the United States Bankruptcy Court for the District of Delaware, such Petition to be filed at such time as an Authorized Officer shall determine and to be in the form approved by the Authorized Officer, with the execution thereof by any such Authorized Officer being conclusive evidence of the approval thereof by the Authorized Officers; (ii) to make or cause to be made prior to the execution thereof any modifications to the Petition or such ancillary documents that, in the judgment of the Authorized Officers, may be necessary, appropriate, or desirable; (iii) to execute, verify, and file or cause to be filed all other petitions, schedules, lists, motions, applications, declarations, affidavits, and other papers or documents that, in the judgment of the Authorized Officers, may be necessary, appropriate, or desirable in connection with the foregoing; and (iv) to appear at the Section 341 of the Bankruptcy Code meeting of creditors on

behalf of the Company and take such actions in connection therewith that may be necessary, appropriate or desirable; and it is further

**RESOLVED**, that the law firm of Bielli & Klauder, LLC is authorized and empowered to represent the Company as its general bankruptcy counsel on the terms set forth in its engagement letter with the Company, which is hereby ratified and approved, and to represent and assist the Company in carrying out its duties under title 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including, without limitation, the preparation of certain documents to be filed simultaneously with the Petition or during the bankruptcy case; and it is further

**RESOLVED**, that the Authorized Officers be, and each hereby is, authorized, directed, and empowered from time to time to take such actions and execute and deliver such documents as may be required or as the Authorized Officers may determine to be necessary, appropriate, or desirable to carry out the intent and purpose of the foregoing resolutions or to obtain the relief sought thereby, including without limitation the execution and delivery of any petitions, schedules, lists, declarations, affidavits, and other papers or documents, with all such actions to be taken in such manner, and all such petitions, schedules, lists, declarations, affidavits, and other papers or documents to be executed and delivered in such form as the Authorized Officers shall approve, the taking or execution thereof by any Authorized Officer being conclusive evidence of the approval thereof by the Authorized Officers; and it is further

**RESOLVED**, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts and transactions would have been authorized and approved by the foregoing resolutions except that such acts and transactions were taken prior to the adoption of such resolutions, be, and they hereby are, in all respects confirmed, approved, and ratified; and it is further

**RESOLVED**, that this unanimous written consent may be executed in multiple counterparts, and may be executed by facsimile signature or other electronic means (including pdf), and such facsimile or electronic signatures will have the same effect as original signatures.

*[Remainder of Page Intentionally Left Blank]*

**IN WITNESS WHEREOF**, the undersigned, being the sole Member, hereby executes this written consent effective as of the date first written above.

AURA FINANCIAL CORPORATION

By: _____
Name: Daniel Sanford
Title:  VP, Finance

*[Signature Page to Written Consent of the Sole Member of Aura Equity Holdings LLC]*